NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SIDNEY D. REYNOLDS, DOC # T40873    )
                                    )
            Appellant,              )
                                    )
v.                                  )    Case No. 2D17-4632
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.


            Affirmed.


SILBERMAN, LUCAS, and BADALAMENTI, JJ., Concur.